IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NIGELLUS DEVONTE DAVIS**                                                             **PLAINTIFF**

v.                                          **CAUSE NO. 1:19CV963-LG-RPM**

**WALMART**                                                                            **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the [7] Report and Recommendations entered by United States Magistrate Judge Robert P. Myers, Jr. on March 9, 2021. The Court, having adopted said Report and Recommendations as the finding of this Court by Order entered this date, finds that this matter should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 31st day of March, 2021.

                                                   s/ *Louis Guirola, Jr.*
                                                   LOUIS GUIROLA, JR.
                                                   UNITED STATES DISTRICT JUDGE